# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

JACQUELINE E. STANFORD
AND ROY STANFORD, SR.                                                                                   PLAINTIFF

V.                                                                                    CAUSE NO. 4:18CV00096-DMB-JMV

LIBERTY MUTUAL GROUP INC.
*also known as* Liberty Mutual Insurance, ET AL.                          DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

On June 5, 2018, the undersigned ordered the defendants to show, on the docket within seven business days, cause why this case should not be remanded for lack of diversity jurisdiction. *See* dckt. entry # 9. On June 21, after having been granted additional time to do so, Defendant Liberty Mutual Group Inc. filed its response [13] and supporting memorandum [14]. The same day Defendant filed a motion [15] to sever the nondiverse defendant; and, later, on August 21, filed a motion [18] to dismiss the nondiverse defendant. Because the issue of whether the Court may exercise subject-matter jurisdiction over this case has yet to be decided, the attorney conference, disclosure requirements, case management conference, and all discovery are STAYED pending the Court's ruling on the pending motions.

**SO ORDERED** this, the 28th day of August, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge